# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2011

143226

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

SCOTT DAVID PERREAULT,
   Defendant-Appellant.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143226
COA: 293324
Saginaw CC: 08-031751-FC

   On order of the Court, the application for leave to appeal the May 19, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2011

Clerk

h1114